**Motion Denied as Moot; Appeal Dismissed and Memorandum Opinion filed May 12, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00559-CV

---

### STACY K. MARTIN, INDIVIDUALLY AND A/N/F OF K.L.M., A CHILD, Appellant

### V.

### COVENANT ACADEMY AND DOES 1-6, Appellees

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2019-26916**

---

### MEMORANDUM OPINION

This is an attempted appeal from an order signed July 7, 2021. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v.*

*Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

The judgment in favor of appellee Covenant Academy does not address DOES 1-6 and does not contain language of finality. *See Lehmann v. Har Con Corp.,* 39 S.W.3d 191, 206 (Tex. 2001). On April 22, 2022, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before May 2, 2022. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We dismiss the appeal for want of jurisdiction. Accordingly, we deny as moot appellant's motion to dismiss the appeal on other grounds.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Wise and Jewell.